**UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| Drone-Control, LLC, and Synergy Drone, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>SZ DJI Technology Co., Ltd., et al.,<br><br>    Defendants. | Case No. 1:17-cv-00242-LY<br><br>The Honorable Judge Lee Yeakel<br><br><br><br>**JURY TRIAL DEMANDED** |

**JOINT STATUS REPORT**

  Pursuant to Court Order (Dkt. 81), Drone-Control, LLC and Synergy Drone, LLC ("Plaintiffs"), and SZ DJI Technology Co., Ltd., DJI Europe B.V., and DJI Technology, Inc. ("Defendants") (collectively, the "Parties"), hereby submit the following Joint Status Report detailing the "status of the appeals..." Dkt. 81.

  The stay should continue because the Federal Circuit has now vacated and remanded all four of the PTAB's Final Written Decisions related to the underlying patents in this lawsuit (i.e., the (1) '368, (2) '918, (3) '716, and (4) '913 Patents) back to the PTAB for further proceedings consistent with *Arthrex, Inc. v. Smith & Nephew, Inc.*, 941 F.3d 1320 (Fed. Cir. 2019). Ex. A. Defendants did not request any rehearing before the Federal Circuit, and, accordingly, the mandate has now issued for these remands. Ex. B. The timeline for Defendants to file a petition for a writ of certiorari to the United States Supreme Court review remains open.

  As a result, these matters will either be: (1) proceeding again before the PTAB; and/or (b) further appealed to the United States Supreme Court. Either way, the parties respectfully request

that this Court continue the stay, and that the Parties will provide another status report in 90 days.

Dated: May 1, 2020

Respectfully submitted,

| | |
|---|---|
| */s/ George T. Lyons, III* | */s/ Kevin D. Collins* |
| Grantland G. Drutchas | Kevin D. Collins |
| Matthew J. Sampson | Texas Bar No. 24050438 |
| Marcus J. Thymian | **Bracewell LLP** |
| George T. Lyons, III | 111 Congress Avenue, Suite 2300 |
| M. Vanessah Pace | Austin, Texas 78701 |
| **McDonnell Boehnen Hulbert & Berghoff LLP** | Tel.: (512) 494-3640 |
| | Fax: (512) 479-3920 |
| 300 South Wacker Drive | kevin.collins@bracewell.com |
| Chicago, Illinois 60606 | |
| Tel.: (312) 913-0001 | Qingyu Yin |
| Fax: (312) 913-0002 | qingyu.yin@finnegan.com |
| | J. Michael Jakes |
| *Attorneys for Plaintiffs Drone-Control, LLC and Synergy Drone, LLC* | mike.jakes@finnegan.com |
| | Christopher T. Blackford |
| | christopher.blackford@finnegan.com |
| | Kelly C. Lu |
| | kelly.lu@finnegan.com |
| | **Finnegan, Henderson, Farabow, Garrett, & Dunner LLP** |
| | 901 New York Avenue, N.W. |
| | Washington, DC 20001-4413 |
| | Telephone: (202) 408-4000 |
| | Facsimile: (202) 408-4400 |
| | |
| | Benjamin R. Schlesinger |
| | benjamin.schlesinger@finnegan.com |
| | **Finnegan, Henderson, Farabow, Garrett, & Dunner LLP** |
| | 271 17th Street, NW |
| | Suite 1400 |
| | Atlanta, GA 30363-6209 |
| | Tel.: (404) 653-6400 |
| | Fax: (404) 653-6444 |
| | *Attorneys for Defendants SZ DJI Technology Co., Ltd., DJI Europe B.V., and DJI Technology, Inc.* |

**<u>Certificate of Service</u>**

I hereby certify that on the 1st day of May, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to all case participants.

*<u>/s/ George T. Lyons, III</u>*