## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| Synergy Drone, LLC and<br>Drone-Control, LLC<br><br>Plaintiffs,<br><br>v.<br><br>SZ DJI Technology Co., Ltd.,<br>DJI Europe B.V., and<br>DJI Technology, Inc.,<br><br>Defendants. | Civil Action No. 1:17-cv-00242-LY<br><br>The Honorable Judge Lee Yeakel<br><br>**JURY TRIAL DEMANDED** |

### **JOINT MOTION TO DISMISS WITH PREJUDICE**

Plaintiffs Synergy Drone, LLC and Drone-Control, LLC, and Defendants SZ DJI Technology Co., Ltd., DJI Europe B.V., and DJI Technology, Inc., pursuant to Fed. R. Civ. P. 41(a) hereby move for an order dismissing all claims asserted by Synergy Drone, LLC and Drone-Control, LLC and all counterclaims asserted by Defendants SZ DJI Technology Co., Ltd., DJI Europe B.V., and DJI Technology, Inc. in this action WITH PREJUDICE, with each party to bear its own costs, expenses, and attorney's fees.

Dated: August 4, 2020                                       Respectfully submitted,

/s/ George T. Lyons, III
Grantland G. Drutchas
Marcus J. Thymian
George T. Lyons, III
**McDonnell Boehnen Hulbert**
**& Berghoff LLP**
300 South Wacker Drive
Chicago, Illinois 60606
Tel.: (312) 913-0001
*Attorneys for Plaintiffs Drone-Control, LLC*
*and Synergy Drone, LLC*

/s/ Kevin D. Collins
Kevin D. Collins
**BRACEWELL LLP**
111 Congress Avenue, Suite 2300
Austin, Texas 78701
Telephone: (512) 494-3640
kevin.collins@bracewell.com

Qingyu Yin
J. Michael Jakes
Christopher T. Blackford
Kelly C. Lu
**Finnegan, Henderson, Farabow,**
**Garrett, & Dunner L.L.P.**
901 New York Avenue, N.W.
Washington, DC 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400
qingyu.yin@finnegan.com
michael.jakes@finnegan.com
christopher.blackford@finnegan.com
kelly.lu@finnegan.com

Benjamin R. Schlesinger
**Finnegan, Henderson, Farabow,**
**Garrett, & Dunner L.L.P.**
271 17th Street, NW
Suite 1400
Atlanta, GA 30363-6209
Telephone: (404) 653-6400
Facsimile: (404) 653-6444
benjamin.schlesinger@finnegan.com
*Attorneys for Defendants SZ DJI Technology Co.,*
*Ltd., DJI Europe B.V., and DJI Technology, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served today, August 4, 2020, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(b)(1).

*/s/ George T. Lyons, III*
George T. Lyons, III