IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| Synergy Drone, LLC and<br>Drone-Control LLC<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SZ DJI Technology Co., Ltd.,<br>DJI Europe B.V., and<br>DJI Technology, Inc.,<br><br>　　　　Defendants. | Civil Action No. 1:17-cv-00242-LY<br><br>The Honorable Judge Lee Yeakel<br><br>**JURY TRIAL DEMANDED** |

## ORDER

This matter came before the Court upon the Joint Motion to Dismiss filed by Plaintiffs Synergy Drone, LLC and Drone-Control, LLC, and Defendants SZ DJI Technology Co., Ltd., DJI Europe B.V., and DJI Technology, Inc., Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** that all claims asserted by Plaintiffs Synergy Drone, LLC and Drone-Control, LLC in this action are hereby dismissed with prejudice. It is further

**ORDERED** that all counterclaims asserted by Defendants SZ DJI Technology Co., Ltd., DJI Europe B.V., and DJI Technology, Inc., in this action are hereby dismissed with prejudice. It is further

**ORDERED** that Plaintiffs and Defendants shall bear their own respective costs, expenses, and attorney's fees in this case.

**SIGNED** this＿＿＿day of＿＿＿＿＿＿＿＿, 2020.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　LEE YEAKEL
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE