IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SYNERGY DRONE LLC AND<br>DRONE-CONTROL, LLC,<br>    PLAINTIFFS AND<br>    COUNTER-DEFENDANTS,<br><br>V.<br><br>SZ DJI TECHNOLOGY CO., LTD.,<br>DJI EUROPE B.V., AND<br>DJI TECHNOLOGY, INC.,<br>    DEFENDANTS AND<br>    COUNTER-PLAINTIFFS. | § § § § § § § § § § § § § | CAUSE NO. 1:17-CV-00242-LY |

## FINAL JUDGMENT

Before the court is the above styled and numbered action. By separate order the court dismissed with prejudice all claims alleged in this action by Plaintiffs Synergy Drone, LLC and Drone-Control, LLC and all counterclaims alleged by Defendants SZ DJI Technology Co., Ltd., DJI Europe B.V., and DJI Technology, Inc., and ordered that each party bear its respective costs, expenses, and attorney's fees.

As nothing remains in this action to be resolved, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

SIGNED this _____ day of August, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE